UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 15-01 (MJD/TNL)

UNITED STATES OF AMERICA,

        Plaintiff,

v.

TERRELL DAYVONTE DESHAY ARON,
*aka Terrell Aron*

        Defendant.

**FINAL ORDER OF FORFEITURE**

WHEREAS, on August 18, 2015, a Preliminary Order of Forfeiture was entered forfeiting the following property to the United States pursuant to 18 U.S.C. § 924(d)(1), in conjunction with 28 U.S.C. § 2461(c):

    a.    Taurus .40 caliber semi-automatic pistol, serial number SAN12888; and

    b.    11 rounds of .40 caliber ammunition;

WHEREAS, the plaintiff posted a Notice of Criminal Forfeiture for at least 30 consecutive days on an official government internet site (www.forfeiture.gov), beginning on August 21, 2015, providing notice of the government's intention to dispose of the above-described property in accordance with law, and of the right of third parties to petition the Court within 60 days of the first date of posting for a hearing to adjudicate the validity of their alleged legal interest in the property; and

WHEREAS, no petitions have been filed with the Clerk of Court and the time for filing a petition has expired;

NOW, THEREFORE, IT IS HEREBY ORDERED that:

1. The Motion of the United States for a Final Order of Forfeiture [Docket No. 64] is GRANTED;

2. The following property is forfeited to the United States of America pursuant to 18 U.S.C. § 924(d)(1), in conjunction with 28 U.S.C. § 2461(c):

   a. Taurus .40 caliber semi-automatic pistol, serial number SAN12888; and

   b. 11 rounds of .40 caliber ammunition; and

3. The above-described property shall be disposed of by the United States in accordance with law.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: 11-3-15

MICHAEL J. DAVIS, Judge
United States District Court